No. 10–308. DODSON v. UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–320. HAQUE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–326. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–344. ALVINO HERRERA v. OREGON. Ct. App. Ore. Certiorari denied.

No. 10–357. MAHARAM v. PATTERSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–363. ESTATE OF TIMKEN, DECEASED, ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–371. LAWNWOOD MEDICAL CENTER, INC. v. SADOW. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–372. FORRESTER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 10–376. WRISLEY ET AL. v. CROWE ET AL.;
No. 10–377. McDONOUGH v. CROWE ET AL.; and
No. 10–420. BLUM v. CROWE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–383. NIBCO, INC. v. RIVERA ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–397. BRADLEY v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 10–401. WEINMAN, TRUSTEE v. GRAVES ET UX. C. A. 10th Cir. Certiorari denied.

No. 10–404. SCHAEFER v. McHUGH, SECRETARY OF THE ARMY. C. A. D. C. Cir. Certiorari denied.